The Honorable Robert S. Lasnik
The Honorable David W. Christel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ARTHUR L. PAYNE, | ) No. 2:16-cv-01958-RSL-DWC |
| Plaintiff, | ) |
| v. | ) ~~PROPOSED~~ ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon Plaintiff's Motion for Attorney Fees and Expenses Under the Equal Access to Justice Act and Plaintiff's Contract for Attorney Representation in Federal Court, it is hereby ordered that attorney's and paralegal's fees in the amount of $5,701.88, expenses in the amount of $20.22, and $400.00 in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall:

   (1) Be awarded to Plaintiff pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010) and delivered to Plaintiff's counsel, Robert A. Friedman; however,

Proposed Order - 1
[No. 2:16-cv-01958-RSL-DWC]

(2) If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Robert A. Friedman, based upon Plaintiff's assignment of these amounts to him.

Dated: Dec. 12, 2017

_____
Hon. Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Proposed Order - 2
[No. 2:16-cv-01958-RSL-DWC]

ROBERT A. FRIEDMAN and ASSOCIATES
113 Cherry St, Suite 57164
Seattle, Washington 98104-2205
(425) 252-5551
FAX (425) 259-7111